# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al.,<br><br>Plaintiffs,<br>v.<br><br>5401 MING STREET, LLC., et al.,<br><br>Defendants. | Case No.: 1:18-cv-00809 LJO JLT<br><br>ORDER TO THE PLAINTIFFS AND THEIR COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE FAILURE TO COMPLY WITH THE COURT'S ORDERS, TO PROSECUTE THIS CASE AND TO COMPLY WITH FED.R.CIV.P. 4(m) |

The plaintiffs filed this action on June 13, 2018. (Doc. 1) The next day, the Court issued the summons (Doc. 2) and its order setting the mandatory scheduling conference to occur on September 11, 2018. (Doc. 3) The order reads,

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint Failure to timely serve the summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.

(Doc. 3 at 1) The plaintiffs have not filed a proof of service and no defendant has appeared. Therefore, the Court **ORDERS**:

    1.    **<u>No later than September 7, 2018</u>**, the plaintiffs and their counsel **SHALL** show cause why sanctions, up to and including dismissal of the action, should not be imposed for their

1

failure to repeatedly[1] comply with the Courts orders, to prosecute this action and to comply with Fed.R.Civ.P. 4(m).

IT IS SO ORDERED.

    Dated: **August 31, 2018**                 **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that this is not the first time the Court has had to issue an order to show cause to these plaintiffs and their attorney for this very same issue. (See <u>United African-Asian Abilities Club et al., v. 6301 Ming Associates, L.L.C.</u> Case No. 1:18-cv-00106 LJO JLT (Doc. 6); <u>United African-Asian Abilities Club et al., v. Laurelglen Properties, LLC,</u> Case No. 1:18-cv-00081 AWI JLT (Doc. 5)

2