# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., <br><br> Plaintiffs, <br> v. <br><br> 5401 MING STREET, LLC., et al., <br><br> Defendants. | Case No.: 1:18-cv-00809 LJO JLT <br><br> ORDER CLOSING THE ACTION <br> (Doc. 8) |

The plaintiff has filed a notice of voluntary dismissal. (Doc. 8)  No defendant has appeared in this action.  Thus, according to Fed. R. Civ.P. 41, the dismissal is effective without an order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Therefore, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: __**September 21, 2018**__   _____**/s/ Jennifer L. Thurston**_
                             UNITED STATES MAGISTRATE JUDGE